# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:04CV00748 |
| **PREMPRO PRODUCTS LIABILITY LITIGATION** | : | |
| | : | |
| | : | |
| **ELFREDA CASTRO and LUCIANO CASTRO** | : | PLAINTIFFS |
| | : | |
| v. | : | |
| | : | DEFENDANTS |
| **WYETH, INC., et. al.** | | |

## ORDER

Pending is Plaintiffs' Motion for Disqualification of Counsel for Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. (Doc. No. 9).

I am still uncomfortable with Wyeth's counsel representing former sales representatives, but based on the submissions by the respective parties, I do not believe a disqualifying conflict has been established.  Therefore, Plaintiffs' Motion is DENIED.

IT IS SO ORDERED this 18th day of June, 2008.

                                                        /s/ Wm. R.Wilson,Jr.
                                                  UNITED STATES DISTRICT JUDGE